UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>ROXANN L. COOPER<br><br>    Debtor | Chapter 13<br>Case No. 24-12691-LSS |
| LEGACY MORTGAGE ASSET TRUST 2021-GS1<br><br>    Movant<br><br>v.<br><br>ROXANN L. COOPER<br>1131 BLUE WING TERRACE<br>UPPER MARLBORO, MD 20774<br>    (Debtor)<br><br>TIMOTHY P. BRANIGAN<br>9891 BROKEN LAND PARKWAY<br>SUITE 301<br>COLUMBIA, MD 21046<br>    (Trustee)<br><br>    Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

    Legacy Mortgage Asset Trust 2021-GS1 ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 1131 Blue Wing Terrace, Upper Marlboro, MD 20774 ("Property"), and, as grounds therefore, states as follows:

    1.    This proceeding seeking relief under 11 U.S.C. § 362(d) of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On April 1, 2024, the above named Debtor, Roxann L. Cooper ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Timothy P. Branigan was appointed Chapter 13 Trustee.

3. On or about December 23, 2005, Roxann L. Cooper executed and delivered to Household Finance Corporation III a Note in the amount of THREE HUNDRED SIXTY-TWO THOUSAND FOUR HUNDRED NINETY-THREE DOLLARS AND SIXTY-ONE CENTS ($362,493.61), plus interest at the fixed rate of 8.740%, to be paid over thirty (30) years. A copy of the Note is attached as **Exhibit A** and incorporated herein.

4. To secure the repayment of the sums due under the Note, Roxann L. Cooper executed and delivered to Household Finance Corporation III a Deed of Trust dated December 23, 2005, encumbering the real property ("Property") more particularly described in the Deed of Trust:

```
ALL THAT CERTAIN PROPERTY SITUATED IN THE THIRD ELECTION DISTRICT, COUNTY
OF PRINCE GEORGE'S AND STATE OF MARYLAND, BEING DESCRIBED AS FOLLOWS:
LOT 163, SECTION 8, PERRYWOOD SUBDIVISION. BEING MORE FULLY DESCRIBED IN
A DEED DATED 09/30/2002 AND RECORDED 12/12/2002, AMONG THE LAND RECORDS
OF THE COUNTY AND STATE SET FORTH ABOVE, IN DEED VOLUME 16553 AND PAGE
746.
```

which has the address of 1131 Blue Wing Terrace, Upper Marlboro, MD 20774. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5. The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust. A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6. The Debtor agreed to a permanent modification of the loan described above. The loan modification is attached as **Exhibit D** and incorporated herein.

7. Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) receive a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Legacy Mortgage Asset Trust 2021-GS1, which is the entity that has the right to foreclose by virtue of being owner and holder of the note.

8. As of August 15, 2024, Debtor owes an unpaid principal balance of $461,974.13 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

| Unpaid Principal Balance | $461,974.13 |
|---|---|
| Unpaid, Accrued Interest | $24,825.54 |
| Escrow Advance | $20,762.54 |
| Fees | $40.00 |
| Recoverable Balance | $4,656.65 |
| Less: Partial Payments | ($185.50) |
| Total Outstanding Obligations | $512,073.36 |

9. As of August 15, 2024, Debtor is post-petition due for June 1, 2024, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 3 | June 1, 2024 | August 1, 2024 | $1,830.39 | $5,491.17 |
| | | | Suspense: | ($0.54) |
| | | | Total Payments Past Due | $5,490.63 |

10. A copy of the post-petition payment history is attached as **Exhibit E** and incorporated herein.

11. The value of the property is $442,000.00, according to the Debtor's Schedule "A".

12. The Debtor is in default under the Note.

13. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

14. As there is little to no equity in the Property, the Property is not necessary for an effective reorganization. Therefore, relief from stay is appropriate under § 362(d)(2) of the Bankruptcy Code to permit Movant to exercise its non-bankruptcy rights and remedies with respect to the Mortgage.

15. That the Debtor's account delinquency and lack of equity in the Property constitute cause for relief from the automatic stay.

WHEREFORE, Legacy Mortgage Asset Trust 2021-GS1, prays that this Court issue an Order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 as to the property located at 1131 Blue Wing Terrace, Upper Marlboro, MD 20774, and granting the following:

a. Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

c. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

d. That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

    e.    For such other relief as the Court deems proper.

Date: August 23, 2024

    Respectfully submitted,

/s/ Anthony Wayne Hood II
A Wayne. Hood II, Bar #21176
James E. Clarke, Bar #15153
Elizabeth M. Abood-Carroll, Bar #20631
Paul J. Moran, Bar #19595
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Legacy Mortgage Asset Trust 2021-GS1
whood@orlans.com
jclarke@orlans.com
eabood-carroll@orlans.com
pmoran@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on August 23, 2024, copies of the foregoing Motion for Relief from Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Timothy P. Branigan
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Bankruptcy Trustee*

James R. Logan
James R. Logan P.A.
2419 Maryland Avenue
Baltimore, MD 21218
jamesrloganpa@gmail.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay to the following non-ECF participants:

Roxann L. Cooper
1131 Blue Wing Terrace
Upper Marlboro, MD 20774
*Debtor*

                                             /s/ Anthony Wayne Hood II
                                             A Wayne. Hood II, Esquire
                                             James E. Clarke, Esquire
                                             Elizabeth M. Abood-Carroll, Esquire
                                             Paul J. Moran, Esquire

**Post-Petition Payment History**

| Due Date | Payment Amount Due |
|---|---|
| 6/1/2024 | $1,830.39 |
| 7/1/2024 | $1,830.39 |
| 8/1/2024 | $1,830.39 |
| **Suspense**: | ($0.54) |
| **Total**: | $5,490.63 |