UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

IN RE:

ROXANN L. COOPER

    Debtor.

* * * * * *

PRESTIGE FINANCIAL SERVICES, INC.

    Movant

vs.

ROXANN L. COOPER

    Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CASE NO. 24-12691

CHAPTER 13

## NOTICE OF DEFAULT AND RIGHT TO CURE

COMES NOW Prestige Financial Services, Inc. ("Prestige Financial"), by and through counsel, and for its Notice of Default and Right to Cure states as follows:

1. On December 30, 2024, the Court entered a Consent Order Modifying the Automatic Stay ("Consent Order"). Under the Consent Order, Roxann L. Cooper ("Debtor") is required to:

    (a) comply with the terms of the Retail Installment Sale Contract ("Contract") whereunder Debtor purchased a 2015 BMW 528xi, VIN WBA5A7C56FG143387 ("Vehicle");

    (b) pay to Prestige Financial the remaining monthly payments pursuant to the Contract, commencing with the monthly payment of $677.01 due on January 12, 2025; and

(c) pay to Prestige Financial the sum of $5,363.07 in liquidation of the post-petition payment default under the Contract ($4,739.07) and Prestige Financial's attorney and filing fees related to the Motion ($624.00) in the following installments:

$595.90 on or before January 12, 2025,
$595.90 on or before February 12, 2025,
$595.90 on or before March 12, 2025,
$595.90 on or before April 12, 2025,
$595.90 on or before May 12, 2025,
$595.90 on or before June 12, 2025,
$595.90 on or before July 12, 2025,
$595.90 on or before August 12, 2025,
$595.87 on or before September 12, 2025.

2. Prestige Financial has only received the following payment in conjunction with the Consent Order: $595.90 on January 17, 2025. Therefore, Debtor is in payment default under the Consent Order in the amount of $1,949.92.

3. Debtor is permitted ten (10) days from the date of this Notice to cure the above mentioned default of $1,949.92, and if the default is not cured within such time, the automatic stay shall be terminated as to Prestige Financial, the Vehicle and the proceeds thereof without the necessity of further notice, hearing, order or appearance.

Respectfully submitted,

/s/Jacob Zweig
Jacob Zweig, Esq. (MD 29360)
Attorney for Prestige Financial
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726 telephone
(901) 374-7486 fax
jzweig@evanspetree.com

I HEREBY CERTIFY under penalty of perjury that the factual allegations contained in the foregoing Notice of Default are true and correct to the best of my knowledge, information and belief.

Prestige Financial Services, Inc.

Dated: March 4, 2025    By: _____
Sara Niemann
AVP Bankruptcy

## CERTIFICATE OF SERVICE

I hereby certify that on the __4TH__ day of March, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default will be served electronically by the Court's CM/ECF system on the following:

James R. Logan, Attorney for Debtor

Timothy P. Branigan, Trustee

I hereby further certify that on the __4TH__ day of March, 2025, a copy of the foregoing Notice of Default was also mailed first class mail, postage prepaid to:

Roxann L. Cooper
1131 Blue Wing Terrace
Upper Marlboro, MD 20774

/s/Jacob Zweig_____
Jacob Zweig, Esq. (MD 29360)
Attorney for Prestige Financial
Evans Petree PC