UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| ROXANN L. COOPER | * | |
| Debtor. | * | Case No. 24-12691 |
| * * * * * * | * | Chapter 7 |
| PRESTIGE FINANCIAL SERVICES, INC. | * | |
| Movant | * | |
| vs. | * | |
| ROXANN L. COOPER | * | |
| and | * | |
| GARY A. ROSEN | * | |
| Respondents. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Prestige Financial Services, Inc. ("Prestige Financial"), by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362, and represents that:

1. This is a contested matter under Bankruptcy Rules 4001 and 9014.

2. This Court has jurisdiction over this core proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 362.

3. On April 1, 2024, Roxann L. Cooper ("Debtor") commenced the above-captioned bankruptcy case by filing a Voluntary Petition under Chapter 13 of the Bankruptcy Code.  On March 24, 2025, the case converted to one under Chapter 7 of the Bankruptcy Code.

4. Prestige Financial is a secured creditor of the Debtor by virtue of a Retail Installment Sale Contract ("Contract") entered into by the Debtor on March 30, 2019 for the purchase of 2015 BMW 528xi, VIN WBA5A7C56FG143387 ("Collateral"), which Contract was subsequently assigned to Prestige Financial. A true and correct copy of the Contract is attached to and incorporated in this Motion.

5. Prestige Financial has a validly perfected, first priority, purchase money security interest in the Collateral. A true and correct copy of the Notice of Security Interest Filing issued by the Maryland Motor Vehicle Administration for the Collateral is attached to and incorporated in this Motion.

6. The Debtor is in payment default under the Contract. On the bankruptcy petition date, the Debtor was in arrears in the amount of $2,031.03. On the date of this motion, the Debtor is in arrears in the amount of $7,109.33 (representing $339.23 of the May 12, 2024 monthly payment and the full June 12, 2024 through March 12, 2025 monthly payments of $677.01 each). Prestige Financial last received a payment on March 6, 2025 in the amount of $595.90, which payment was applied to satisfy the April 12, 2024 monthly payment. A true and correct copy of the Debtor's payment history is attached to and incorporated in the Motion.

7. The outstanding Contract payoff balance due to Prestige Financial is $18,870.26.

8. The J.D. Power NADA retail value of the Collateral is $11,025.00. A true and correct copy of the J.D. Power Value Report for the Collateral is attached to and incorporated in this Motion.

9. Pursuant to 11 U.S.C. § 362(d)(1), sufficient cause exists to terminate the automatic stay as to Prestige Financial, its Collateral and the proceeds thereof due to lack of adequate protection and the Debtor's material and continuing defaults under the Contract.

10. Pursuant to 11 U.S.C. § 362(d)(2), sufficient cause exists to terminate the automatic stay as to Prestige Financial, its Collateral and the proceeds thereof, as there is no equity in the Collateral and it is not necessary for the Debtor's effective reorganization.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Prestige Financial requests that the Court enter an Order:

(a) Terminating the automatic stay, and declaring that Prestige Financial is entitled to exercise all rights under state and/or federal law, which are not inconsistent with Title 11 of the United States Code; and

(b) Granting such other and further relief as may be just and proper.

Respectfully submitted,

/s/Jacob Zweig
Jacob Zweig, Esq.  (MD 29360)
Evans Petree PC
Attorneys for Prestige Financial
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726 telephone
(901) 374-7486 fax
jzweig@evanspetree.com

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion will be served electronically by the Court's CM/ECF system on the following:

Gary A. Rosen, Trustee

James R. Logan, Attorney for Debtor

I hereby further certify that on the 8th day of April, 2025, a copy of the foregoing Motion was also mailed first class mail, postage prepaid to:

Roxann L. Cooper
1131 Blue Wing Terrace
Upper Marlboro, MD 20774

/s/Jacob Zweig
Jacob Zweig, Esq.  (MD 29360)
Evans Petree PC
Attorneys for Prestige Financial