Entered: June 17th, 2025
Signed: June 17th, 2025

**SO ORDERED**

No opposition.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | | |
|---|---|---|
| IN RE: | * | |
| ROXANN L. COOPER | * | Case No. 24-12691 |
| Debtor. | * | Chapter 7 |
| * * * * * * | * | |
| PRESTIGE FINANCIAL SERVICES, INC. | * | |
| Movant | * | |
| vs. | * | |
| ROXANN L. COOPER | * | |
| and | * | |
| GARY A. ROSEN | * | |
| Respondents. | * | |
| * * * * * * * * * * * * | | |

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The Motion of Prestige Financial Services, Inc. ("Prestige Financial") for Relief from the Automatic Stay having been read and considered, for good cause appearing and without

opposition, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed under 11 U.S.C. § 362(a) be and hereby is terminated as to Prestige Financial, the 2015 BMW 528xi, VIN WBA5A7C56FG143387 ("Vehicle") and the proceeds thereof; and it is

FURTHER ORDERED, that without further Order of this Court, and if the Contract and applicable non-bankruptcy law permits, Prestige Financial is entitled to possession of the Vehicle, authorized to sell and/or dispose of the Vehicle and permitted to proceed with any and all other remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code.

cc: Jacob Zweig
    Evans Petree PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN 38120

    James R. Logan
    James R. Logan P.A.
    2419 Maryland Avenue
    Baltimore, MD 21218

    Gary A. Rosen
    13017 Wisteria Drive, No. 327
    Germantown, MD 20874

    Roxann L. Cooper
    1131 Blue Wing Terrace
    Upper Marlboro, MD 20774

**End of Order**